UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHANTEL RENEE SHELMON, | ) | CASE NO. 03-82458-JB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On May 22, 2008, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $895.00 ("Unclaimed Funds") on behalf of ACS a billing service for Georgia State University ("Claimant").

On April 13, 2009, Georgia State University filed a petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that Clerk, U.S. Bankruptcy Court shall issue a check in the amount of $895.00 payable to Georgia State University at Office of Legal Affairs and shall send said check to payee at the following address: P.O. Box 3987, Atlanta, GA 30302-3987.

The Clerk U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, Debtor's attorney, the Chapter 13 Trustee, and all creditors and parties in interest.

IT IS SO ORDERED, this the 12th day of June, 2009.

JOYCE BIHARY
UNITED STATES BANKRUPTCY JUDGE

No Opposition To:

Mary Ida Townson, Chapter 13 Trustee
Bar No. 715063